# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**ERNEST E. LEWIS,**

    vs.                                                 Case Number:    **10-3044**

**USA,**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX - **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: Pursuant to the Opinion entered by Chief Judge Michael P. McCuskey, Petitioner Ernest E. Lewis' Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (d/e 1) is DENIED. The Court further determines that no certificate of appealability should be issued. All pending motions are denied as moot. This case is closed. -------------------

ENTER this 19th day of October, 2010.

s/Pamela E. Robinson

PAMELA E. ROBINSON, CLERK

s/V.McCullough
_____
BY: DEPUTY CLERK